DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT G. WALTON** and **PAULETTE WALTON,**
Appellants,

v.

**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

No. 4D18-3216

[March 5, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562017CA000093 (H3).

Samantha Neides of Loan Lawyers, LLC, Fort Lauderdale, for appellants.

Steven J. Brotman and Brendan I. Herbert of Locke Lord LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***